NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1598
(Reexamination No. 90/006,784)

IN RE CBC INDUSTRIES, INC.

John S. LeRoy, Brooks Kushman P.C., of Southfield, Michigan, argued for appellant. On the brief were Frank A. Angileri and Mark A. Cantor; and Bruce A. Jagger, of Los Angeles, California.

Frances M. Lynch, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and Janet A. Gongola, Associate Solicitor. Of counsel were Sydney O. Johnson, Jr. and William LaMarca, Associate Solicitors.

Appealed from: United States Patent and Trademark Office
Board of Patent Appeals and Interferences

# United States Court of Appeals for the Federal Circuit

2008-1598
(Reexamination No. 90/006,784)

IN RE CBC INDUSTRIES, INC.

# Judgment

ON APPEAL from the      United States Patent and Trademark Office, Board of Patent Appeals and Interferences

in CASE NO(S).      90/006,784

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, <u>Chief Judge</u>, LINN, <u>Circuit Judge</u>, and ST. EVE, <u>District Judge</u>).*

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>June 5, 2009</u>      <u>/s/ Jan Horbaly</u>
                            Jan Horbaly, Clerk

---

*     The Honorable Amy J. St. Eve, District Judge, United States District Court for the Northern District of Illinois, sitting by designation.